Dated: July 22, 2021
The following is ORDERED:

_____
**Jennie D. Latta**
UNITED STATES BANKRUPTCY JUDGE

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

In re

Benskin, Mark & Co. Inc.

Case No. 89-22793- WHB
Chapter 7

Debtor(s)

### ORDER GRANTING APPLICATION FOR UNCLAIMED FUNDS

In this case the instant matter before the court arises out of a motion filed by the movant-claimant, **Andrew V. Grosso** ("Movant"), who asserts entitlement to certain monies previously paid into the court registry fund in accordance with the statutory procedures established in 11 U.S.C. § 347. See also 28 U.S.C. §§ 2041 and 2042 and the September 9, 1996 Memorandum of the Administrative Office of the United States Courts regarding "Unclaimed Monies in Bankruptcy Cases."

After notice and opportunity for a hearing and based on the case record as a whole, the court grants this motion, as it is satisfied that the movant is entitled to receive unclaimed funds in the amount of **$1,912.28.**

**IT IS SO ORDERED :**

1. The movant's motion is hereby granted.

2. The Bankruptcy Court Clerk shall promptly prepare an appropriate payment voucher and transmit a true copy of this Order and Notice and the approved payment voucher to the Administrative Office of the United States Courts, who is hereby authorized to make payment to the movant in accordance with the foregoing.

3. The Bankruptcy Court Clerk additionally shall promptly transmit or mail a copy of this Order and Notice to the entities listed below.

cc:   Movant
      Movant's Attorney, if applicable
      United States Attorney
      United States Trustee

United States Bankruptcy Court

Western District of Tennessee

In re:  Case No. 89-22793-whb

Benskin, Mark & Company, Inc.  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0651-2 | User: ao1492bnc | Page 1 of 2 |
| Date Rcvd: Jul 23, 2021 | Form ID: pdford02 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benskin, Mark & Company, Inc., 1101 John A. Denie Road (mjn), RETURNED MAIL 5/8/95, Memphis, TN 38134-7630 |
| aty | + | Elizabeth T. Collins, 2900 One Commerce Square, 40 S. Main Street, Memphis, TN 38103-2514 |
| tr | + | George W. Emerson Chapter 13, 200 Jefferson Ave. Suite #1113, Memphis, TN 38103-2360 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Blaylock | on behalf of Defendant Donald Hollie fgoodman@glankler.com |
| David Blaylock | on behalf of Defendant Jerry D. King fgoodman@glankler.com |
| David M. Sullivan | on behalf of Intervenor-Plaintiff Steven Campos dsullivan@bellsouth.net |
| David M. Sullivan | on behalf of Intervenor-Plaintiff George Methvin Sr. dsullivan@bellsouth.net |
| George W. Emerson | on behalf of Trustee George W. Emerson Chapter 13 ecfch7@ch13trustees.com tn42@ecfcbis.com |
| Joseph A. Livesay, Sr. | |

| District/off: 0651-2 | User: ao1492bnc | Page 2 of 2 |
| Date Rcvd: Jul 23, 2021 | Form ID: pdford02 | Total Noticed: 3 |

                on behalf of Creditor Robert V. Dawson jalivesay@att.net

Joseph A. Livesay, Sr.
                on behalf of Creditor House of Topography  Inc. jalivesay@att.net

Michael G. McLaren
                on behalf of Plaintiff George W. Emerson Chapter 13 mmclaren@blackmclaw.com

Michael G. McLaren
                on behalf of Trustee George W. Emerson Chapter 13 mmclaren@blackmclaw.com

Unclaimed Funds Recovery Services VII Inc
                help@claimtransfers.com


TOTAL: 10